## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
| V. | CASE NUMBER: 20-307 MJ |
| William Wamon Alfonzo Rowland | SEALED |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the dates described in Attachment A in the County of Maricopa in the District of Arizona, the defendant violated 18 U.S.C. § 924(a)(1)(A), an offense described as follows:

**See Attachment A – Description of Counts**

I further state that I am a Special Agent from the Bureau of Alcohol Tobacco Firearms & Explosives (ATF) and that this complaint is based on the following facts:

**See Attachment B – Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:      ☒ Yes      ☐ No

AUTHORIZED BY: Brett A. Day, AUSA      *BDay*

| | |
|---|---|
| SA Christian Villarruel, ATF | |
| Name of Complainant | Signature of Complainant |

Sworn to before me electronically

| | | |
|---|---|---|
| November 30, 2020 | at | Phoenix, Arizona |
| Date | | City and State |

| | |
|---|---|
| HONORABLE MICHELLE H. BURNS | |
| United States Magistrate Judge | |
| Name & Title of Judicial Officer | Signature of Judicial Officer |

## ATTACHMENT A

## DESCRIPTION OF COUNTS

## COUNT 1

On or about August 26, 2020, in the District of Arizona, WILLIAM WAMON ALFONZO ROWLAND knowingly made a false statement and representation to Sportsman's Warehouse #117, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required to be kept in records of Sportsman's Warehouse #117, in that WILLIAM WAMON ALFONZO ROWLAND, in connection with the purchase of a firearm, that is: one Ruger Pistol, EC9S, Cal: 9, SN#: 457-76624, did execute a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating that his current residence was 1737 W. Stephanie Ln., San Tan Valley, AZ 85142, whereas in fact, WILLIAM WAMON ALFONZO ROWLAND knew that he resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 2

On or about September 7, 2020, in the District of Arizona, WILLIAM WAMON ALFONZO ROWLAND knowingly made a false statement and representation to Cabela's #425, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required to be kept in records of Cabela's #425, in that WILLIAM WAMON ALFONZO ROWLAND, in connection with the purchase of a firearm, that is: one Taurus Pistol, G2C, Cal: 9, SN#: ABH828446, did execute a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating that his current residence was 1737 W. Stephanie Ln., San Tan Valley, AZ 85142, whereas in fact, WILLIAM WAMON ALFONZO ROWLAND knew that he resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 3

On or about September 18, 2020, in the District of Arizona, WILLIAM WAMON ALFONZO ROWLAND knowingly made a false statement and representation to Healy, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required to be kept in records of Healy, in that WILLIAM WAMON ALFONZO ROWLAND, in connection with the purchase of a firearm, that is: one Taurus Revolver, 605, Cal: 357, SN#: ABJ879661, did execute a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating that his current residence was 1737 W. Stephanie Ln., San Tan Valley, AZ 85142, whereas in fact, WILLIAM WAMON ALFONZO ROWLAND knew that he resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 4

On or about September 22, 2020, in the District of Arizona, WILLIAM WAMON ALFONZO ROWLAND knowingly made a false statement and representation to Caswells Shooting Range, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required to be kept in records of Caswells Shooting Range, in that WILLIAM WAMON ALFONZO ROWLAND, in connection with the purchase of firearms, that is: one Smith & Wesson Pistol, M&P 9 Shield, Cal: 9, SN#: JFF7284, did execute a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating that his current residence was 1737 W. Stephanie Ln., San Tan Valley, AZ 85142, whereas in fact, WILLIAM WAMON ALFONZO ROWLAND knew that he resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 5

On or about September 25, 2020, in the District of Arizona, WILLIAM WAMON ALFONZO ROWLAND knowingly made a false statement and representation to Alpha Dog Firearms, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required to be kept in records of Alpha Dog Firearms, in that

-2-

WILLIAM WAMON ALFONZO ROWLAND, in connection with the purchase of firearms, that is: one Armscor of the Philippines Pistol, M1911-A1, Cal: 45, SN# RIA2238203, did execute a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating that his current residence was 1737 W. Stephanie Ln., San Tan Valley, AZ 85142, whereas in fact, WILLIAM WAMON ALFONZO ROWLAND knew that he resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 6

On or about September 29, 2020, in the District of Arizona, WILLIAM WAMON ALFONZO ROWLAND knowingly made a false statement and representation to SuperPawn, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required to be kept in records of SuperPawn, in that WILLIAM WAMON ALFONZO ROWLAND, in connection with the purchase of firearms, that is: one Taurus Pistol, PT111, Cal: 9, SN#: TKY15124, did execute a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating that his current residence was 1737 W. Stephanie Ln., San Tan Valley, AZ 85142, whereas in fact, WILLIAM WAMON ALFONZO ROWLAND knew that he resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 7

On or about October 10, 2020, in the District of Arizona, WILLIAM WAMON ALFONZO ROWLAND knowingly made a false statement and representation to Mr. Silencer, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required to be kept in records of Mr. Silencer, in that WILLIAM WAMON ALFONZO ROWLAND, in connection with the purchase of firearms, that is: one Ruger Pistol, EC9S, Cal: 9, SN#: 457-95022, did execute a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating that his current residence was 1737 W. Stephanie Ln., San Tan Valley, AZ 85142, whereas in fact, WILLIAM WAMON ALFONZO ROWLAND knew that he resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## **COUNT 8**

On or about October 21, 2020, in the District of Arizona, WILLIAM WAMON ALFONZO ROWLAND knowingly made a false statement and representation to Arizona Firearms Gilbert, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required to be kept in records of Sportsman's Warehouse #117, in that WILLIAM WAMON ALFONZO ROWLAND, in connection with the purchase of firearms, that is: one Taurus Pistol, G2C, Cal: 9, SN#: ABK065712, did execute a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating that his current residence was 1737 W. Stephanie Ln., San Tan Valley, AZ 85142, whereas in fact, WILLIAM WAMON ALFONZO ROWLAND knew that he resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## STATEMENT OF PROBABLE CAUSE

I, Christian Villarruel, a Special Agent with the Bureau of Alcohol Tobacco Firearms & Explosives (ATF), being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Bureau of Alcohol Tobacco Firearms & Explosives (ATF). I have been appointed as a Special Agent since May 2019. I have received training in the enforcement of the Federal firearms and explosive laws. I have investigated individuals for federal firearms violations, which included firearms trafficking.

2.      The facts in this affidavit come from my personal observations, my training and experience, information obtained from other agents involved in the investigation, and information obtained from witnesses. Title 18 U.S.C. § 924(a)(1)(A) makes it unlawful for a person to "knowingly makes any false statement or representation with respect to the information required by this chapter to be kept in the records of a person licensed under this chapter."

3.      Congress and the Attorney General delegated the authority to the ATF to investigate, administer, and enforce the provisions of the Gun Control Act (GCA), Chapter 44 of Title 18. In this regard, ATF regulates the firearms industry as well as provides guidance on the GCA to other federal agencies. A Firearms Transaction Record known as an ATF Form 4473, must be filled out when an individual purchases a firearm from a Federal Firearms Licensee (FFL), and must be maintained by the dealer. Information from the ATF Form 4473 is used to conduct the mandatory background check of the purchaser, and maintain an accurate record of the actual purchaser for firearms tracing. Every Federal Firearms Licensee must maintain ATF Form 4473's for every firearms transaction. On page 2 of the ATF Form 4473, every purchaser must sign and date acknowledging every answer/material fact on this form is true/correct or they could be prosecuted for a felony offense. Every form has a list of definitions/warnings, and an explanation of "engaging in

1

the business of dealing firearms without a license." ATF Form 4473 also includes a certification to be signed attesting that every answer on this form is true and correct.

## BACKGROUND OF INVESTIGATION

4.     In November of 2020, Your Affiant began an investigation regarding several firearm recoveries by law enforcement in California. The firearms were originally purchased by William Wamon Alfonzo ROWLAND (hereinafter "ROWLAND"). To date, Your Affiant has identified 106 documented firearm purchases completed by ROWLAND in the calendar year 2020. To date, Your Affiant is aware that 10 of the firearms purchased by ROWLAND have been recovered by law enforcement in the state of California in separate incidents of criminal activity. In completing all of the ATF Form 4473s for the transactions, ROWLAND listed his address as 1737 W. Stephanie Ln., San Tan Valley, AZ 85142.

5.     Your Affiant's investigation initiated with the identification of three firearm purchases by ROWLAND which were recovered by law enforcement in California. The first firearm recovered was identified as a **Glock, 19, Cal: 9mm, SN#: BCAU298, Pistol.** This firearm was recovered in Lakewood, CA, 122 days after ROWLAND originally purchased the firearm from Federal Firearms Licensee AJI Sports. The second firearm recovered was identified as a **Ruger, LC9, Cal: 9mm, SN#: 321-29877, Pistol.** This firearm was recovered in Compton, CA, on March 11, 2020, 1,344 days after ROWLAND originally purchased the gun from FFL AJI Sports. Lastly, the third firearm recovered was identified as a **Ruger, EC9, Cal: 9mm, Pistol, SN#: 457-76624.** This gun was recovered on September 22, 2020 in Rancho Dominguez, CA, just 27 days after ROWLAND originally purchased the firearm from FFL Sportsman's Warehouse #117. At this point in the investigation, Your Affiant had identified that ROWLAND was associated with 52 documented firearm purchases in the 2020 calendar year from various FFLs in Arizona.

6.     On November 6, 2020, Your Affiant received further information regarding additional firearm purchases made by ROWLAND. Your Affiant reviewed the Multiple

2

Sale Summary regarding the transactions of the firearms, and learned ROWLAND purchased two additional pistols from FFL G2A Tactical. Your Affiant obtained copies of the ATF Form 4473s (Firearm Transaction Record), and noted ROWLAND purchased an **American Tactical Imports, Omni Hybrid, Cal: 556, SN# NS266607, Pistol** on October 19, 2020. The following day, ROWLAND purchased an **American Tactical Imports, Omni Hybrid, Cal: 556, SN# NS266624, Pistol**. Your Affiant also received a third ATF Form 4473 from G2A Tactical dated October 14, 2020 in which ROWLAND purchased an **FEG, SA 2000M, Cal: 7.62X39, SN# DN4743H, Pistol**. In total, ROWLAND purchased three firearms from G2A Tactical in a six day time period. At this point in the investigation, Your Affiant had identified 55 documented firearm purchases in the 2020 calendar year completed by ROWLAND.

7.      Between November 9, 2020 and November 16, 2020, Your Affiant received further information regarding multiple firearm transactions completed by ROWLAND from various FFLs in Arizona. Your Affiant obtained Multiple Sale Summaries, and ATF Form 4473s corresponding to each transaction. Your Affiant was able to identify 27 additional firearm purchases completed by ROWLAND between the dates of August 28, 2020 and November 12, 2020. In completing all of the ATF Form 4473s for the transactions, ROWLAND listed his address as 1737 W. Stephanie Ln., San Tan Valley, AZ 85142. ROWLAND also answered "yes" to the question, "Are you the actual transferee/buyer of the firearm(s) listed on this form?" At this point in the investigation, Your Affiant had identified 82 documented firearm purchases made by ROWLAND in the calendar year 2020. Your Affiant also noted many of the firearms ROWLAND purchased were of the same make, model, and caliber firearm. Through my training and experience, as well as conversations with other Special Agents, I know repeatedly purchasing the same firearm to be an indicator of dealing firearms without a license, and or firearms trafficking.

8.      On November 10, 2020, Your Affiant learned of a fourth recovery of a firearm that was originally purchased by ROWLAND. Your Affiant reviewed the information, and learned ROWLAND had originally purchased the firearm from FFL Mr. Silencer on

3

October 10, 2020. Eighteen days later the Los Angeles Sherriff's Office (LASO), Norwalk Station, recovered the firearm after officers responded to a disturbance call for service. The firearm recovered was identified as a **Ruger, EC9S, Cal: 9, SN#: 457-95022, Pistol**. The individual in possession of the firearm told officers he planned to kill himself with the gun that he had it in his front pocket. The individual was detained at gun point by the LASO Officers, and was taken into custody without incident. Officers then located the identified firearm in the individual's front sweater pocket.

9. On November 13, 2020, Your Affiant traveled to 1737 W. Stephanie Ln., San Tan Valley, AZ 85142 in an attempt to speak to ROWLAND regarding the recovery of the four firearms. It should be noted this was the address used by ROWLAND on the ATF Form 4473s to purchase the then known 84 firearms in 2020. Upon arriving to the residence, Your Affiant knocked on the front door, and was greeted by a female identified as the Resident of that address. After identifying himself, Your Affiant told the Resident he was looking to speak to ROWLAND. The Resident said she believed ROWLAND may have previously resided at the residence prior to her moving in as the Resident said she sometimes received mail addressed to ROWLAND. Your Affiant asked the Resident how long she had resided at the address, and the Resident stated since the end of May, 2020.

10. Later that same day, Your Affiant then traveled to another known address for ROWLAND identified as 936 E. June Cir., Mesa, AZ 85203. Upon arriving to the residence, Agents noted a motorcycle bearing AZ tags R98MC9 parked in the driveway. ROWLAND is the registered owner of this motorcycle. SAs knocked on the front door, and rang the doorbell. After waiting several minutes with no response, Agents departed the location. Your Affiant then attempted to contact ROWLAND telephonically. Your Affiant left a message asking ROWLAND to return his phone call. Later that day, ROWLAND contacted Your Affiant and explained he was out of town. ROWLAND said he had seen the Agents come to his residence looking for him via his home security cameras. Your Affiant notified ROWLAND he was with ATF, and needed to speak to ROWLAND in person. ROWLAND said he would be able to meet the Agents the

4

following week once he was back in town. The following week Your Affiant contacted ROWLAND telephonically and asked if ROWLAND would be willing to meet with the Agents at his residence on November 20, 2020 at approximately 11:00 AM, to which ROWLAND agreed.

11.     On November 18, 2020, Your Affiant learned of another firearm purchase made by ROWLAND. Your Affiant learned FFL SuperPawn contacted ATF to advise that ROWLAND had acquired another firearm on November 17, 2020. The firearm ROWLAND purchased was identified as a **Smith & Wesson, M&P 45 Shield, Cal: 45, Pistol, SN#: JDK0058**. The FFL advised ROWLAND had redeemed a pistol from layaway from the FFL. While completing the firearm transaction, ROWLAND notified the FFL ATF was looking for him, and showed video surveillance footage from November 13, 2020 of the Agent knocking on the door at his residence.

12.     Your Affiant then contacted the SuperPawn locations where ROWLAND had purchased firearms and requested copies of all the ATF Form 4473s (Firearm Transaction Records) pertaining to ROWLAND.  After reviewing the copies of the ATF Form 4473s, Your Affiant again noted ROWLAND listed his address on all the forms as 1737 W. Stephanie Ln., San Tan Valley, AZ 85142. ROWLAND also answered "yes" to the question, "Are you the actual transferee/buyer of the firearm(s) listed on this form?" In total, ROWLAND acquired 26 firearms from FFL SuperPawn.

13.     At this time, Your Affiant is aware of 106 documented firearm purchases completed by ROWLAND in the calendar year 2020.  In completing all of the ATF Form 4473s for the transactions, ROWLAND listed his address as 1737 W. Stephanie Ln., San Tan Valley, AZ 85142.

14.     Prior to meeting with the SAs on November 20, 2020, as agreed upon, ROWLAND contacted Your Affiant to request information to further verify Your Affiant as being law enforcement personnel. Your Affiant provided ROWLAND the telephone number to the ATF Phoenix Division Office in order for ROWLAND to call and verify Your Affiant as a Special Agent. Your Affiant also provided ROWLAND his government email, and

offered to meet ROWLAND at the ATF Phoenix Office instead of ROWLAND's residence. After declining to meet with Your Affiant in person, Your Affiant once again traveled to ROWLAND's residence in an attempt to contact him. Your Affiant knocked on the front door, but received no response. Your Affiant held his ATF credentials to the security cameras on the house so that ROWLAND could further identify he was with ATF. While standing in the driveway, Your Affiant observed a gun box inside the trash can. Your Affiant took photographs of the box, and noted the box was for a Keltec rifle. Your Affiant then departed the location after not being able to make contact with ROWLAND.

15.    On November 21, 2020, Your Affiant queried ROWLAND in ATF databases. In doing so, Your Affiant learned of six additional firearm recoveries pertaining to firearms originally purchased by ROWLAND from multiple FFLs in Arizona. Once again, all the firearms were recovered in separate instances by local police departments in the state of California with recoveries ranging from 12-37 days after ROWLAND purchased the firearms.

## Firearm Recoveries in California to Date

16.    ROWLAND is associated with ten firearms recovered by law enforcement in California involved in criminal activity. Nine of the ten firearm recoveries occurred in the calendar year 2020. ROWLAND also identified his address on the ATF Form 4473s as 1737 W. Stephanie Ln., San Tan Valley, AZ 85142 to purchase eight of the guns that were later recovered in California. It should be noted these eight firearms were purchased after May 2020, that date when the current resident moved into that address. The following are the California firearm recoveries associated with ROWLAND:

- On 07/06/2016, ROWLAND purchased a **Ruger, LC9, Cal: 9, SN#: 321-29877, Pistol**, from FFL AJI Sports. 1,344 days later this same firearm was recovered by the Los Angeles Sheriff's Department (LASD) Compton Station.
- On 01/15/2017, ROWLAND purchased a **Glock, 19, Cal: 9, SN#: BCAU298,**

6

**Pistol**, from FFL AJI Sports. 122 days later this same firearm was recovered by the Los Angeles Sheriff's Office (LASO) Lakewood Station.

- (**COUNT 1**) On 08/26/2020, ROWLAND purchased a **Ruger, EC9S, Cal: 9, SN#: 457-76624, Pistol**, from FFL Sportsman's Warehouse #117. ROWLAND identified his address on the ATF Form 4473 as 1737 W. Stephanie Ln., San Tan Valley, AZ 85142. 27 days later this same firearm was recovered by the Los Angeles Sheriff's Department (LASD).

- (**COUNT 2**) On 09/07/2020 ROWLAND purchased a **Taurus, G2C, Cal: 9, SN#: ABH828446, Pistol,** from FFL Cabela's #425. ROWLAND identified his address on the ATF Form 4473 as 1737 W. Stephanie Ln., San Tan Valley, AZ 85142. 31 days later this same firearm was recovered by the Los Angeles County Sheriff's Department – Major Crimes Unit.

- (**COUNT 3**) On 09/18/2020, ROWLAND purchased a **Taurus, 605, Cal: 357, SN#: ABJ879661, Revolver**, from FFL Healy. ROWLAND identified his address on the ATF Form 4473 as 1737 W. Stephanie Ln., San Tan Valley, AZ 85142. 15 days later this same firearm was recovered by the LAPD Rampart.

- (**COUNT 4**) On 09/22/2020, ROWLAND purchased a **Smith & Wesson, M&P 9 Shield, Cal: 9, SN#: JFF7284, Pistol,** from FFL Caswells Shooting Range. ROWLAND identified his address on the ATF Form 4473 as 1737 W. Stephanie Ln., San Tan Valley, AZ 85142. 37 days later this same firearm was recovered by the Fontana Police Department.

- (**COUNT 5**) On 09/25/2020, ROWLAND purchased an **Armscor of the Philippines, M1911-A1, Cal: 45, SN# RIA2238203, Pistol**, from FFL Alpha Dog Firearms. ROWLAND identified his address on the ATF Form 4473 as 1737 W. Stephanie Ln., San Tan Valley, AZ 85142. 12 days later this same firearm was recovered by the LAPD Southeast Division.

- (**COUNT 6**) On 09/29/2020, ROWLAND purchased a **Taurus, PT111, Cal: 9, SN#: TKY15124, Pistol**, from FFL SuperPawn. ROWLAND identified his

address on the ATF Form 4473 as 1737 W. Stephanie Ln., San Tan Valley, AZ 85142. 15 days later this same firearm was recovered by the LAPD Southeast Division.

- **(COUNT 7)** On 10/10/2020, ROWLAND purchased a **Ruger, EC9S, Cal: 9, SN#: 457-95022, Pistol**, from FFL Mr. Silencer. ROWLAND identified his address on the ATF Form 4473 as 1737 W. Stephanie Ln., San Tan Valley, AZ 85142. 18 days later this same firearm was recovered by The Los Angeles Sheriff's Office (LASO).

- **(COUNT 8)** On 10/21/2020, ROWLAND purchased a **Taurus, G2C, Cal: 9, SN#: ABK065712, Pistol**, from FFL Arizona Firearms Gilbert. ROWLAND identified his address on the ATF Form 4473 as 1737 W. Stephanie Ln., San Tan Valley, AZ 85142. 17 days later this same firearm was recovered by the Los Angeles Police Department (LAPD) Southeast Division.

## REQUEST FOR AUTHORIZATION

17.    For these reasons, your affiant submits that there is probable cause to believe William Wamon Alfonzo Rowland committed violations of 18 USC 922(a)(1)(A), Knowingly make false statement/representation; make the statement/representation to a FFL; and the statement pertained to information that the law requires the FFL to keep.

18.    I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

_____
Christian Villarruel
SPECIAL AGENT
Bureau of Alcohol Tobacco Firearms & Explosives

Sworn to and subscribed electronically this 30th day of November, 2020.

_____
HONORABLE MICHELLE H. BURNS
UNITED STATES MAGISTRATE JUDGE

9